UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DOUG WOLSHLAGER,           )<br>              Plaintiff,          )<br>                                             )<br>v.                                           )<br>                                             )<br>ARTHUR CLARKE III, et al.,  )<br>              Defendants.       )<br>_____)  | No. 1:22-cv-602<br><br>Honorable Paul L. Maloney |

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: July 19, 2022               /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge